IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| J THOMPSON and WILLIAM P. DUNCANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>1-800 CONTACTS, INC.; VISION DIRECT, INC.; and DOES 1-15,<br><br>Defendants. | ORDER GRANTING<br><br>JOINT MOTION TO CONSOLIDATE<br><br><br><br>Case No. 2:16-cv-1183-TC |

The court, having reviewed the parties' Joint Motion to Consolidate (ECF No. 66), finds that the parties have established good cause for consolidation of the related cases pending in this district (see list below). For the reasons set forth in the joint motion, and pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule DUCivR 42-1, it is hereby ORDERED that the motion is GRANTED and the following cases (the "Related Cases") are consolidated into this case:

        Henry v. 1-800 Contacts, Inc., Case No. 2:17-cv-00274-BCW
        Bartolucci v. 1-800 Contacts, Inc., Case No. 2:17-cv-00273-JNP
        Nance v. 1-800 Contacts, Inc., Case No. 2:17-cv-00283-BCW
        Champion v. 1-800 Contacts, Inc., Case No. 2:17-cv-00323-DB
        Bean v. 1-800 Contacts, Inc., Case No. 2:17-cv-00357-BSJ
        Zimmerman v. 1-800 Contacts, Inc., Case No. 2:17-cv-00358-TS

All filings made in the Related Cases are deemed to have been made in this case without need to

re-file the same. All future filings in the Related Cases shall use case number 2:16-cv-01183-TC.

DATED this 11th day of May, 2017.

BY THE COURT:

*(signature: Tena Campbell)*

TENA CAMPBELL
U.S. District Court Judge